UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEHR BROTHERS, INC., et al,<br><br>　　　　　　Defendants.<br><br>LEHR BROTHERS, INC., a California corporation, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>　　　　　　Defendant. | **CASE NO. 1:17−CV−01449−AWI−JLT**<br><br>**ORDER GRANTING THE STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE AND TO EXTEND THE PLEADING AMENDMENT DEADLINE**<br><br>**(Doc. 25)** |

1

Based upon the stipulation of the parties, the Court **ORDERS**;

1. The Settlement Conference currently scheduled for July 9, 2018 is continued to **August 3, 2018**[1] at 1:30 p.m.;

2. The Confidential Settlement Statement shall be directly submitted to the Magistrate Judge Thurston's chambers by email to JLTOrders@caed.uscourts.gov at least five court days before the Settlement Conference;

3. The pleading amendment deadline is extended to August 15, 2018 to amend their respective complaints. Responsive pleadings to amended complaints shall be filed within 14 days of service of the amended complaints. If Lehr Bros. and CPS elect not to timely file an amended complaint, Etchegaray will file an answer on or before August 22, 2018.

IT IS SO ORDERED.

Dated: **June 29, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

[1] The date proposed in the stipulation is not available. Counsel may stipulate to a different date for the conference if the preferred date is available on the Court's calendar.