PATRICIA RYNN, State Bar No. 092048
BART M. BOTTA, State Bar No. 167051
JUNE MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Email: pat@rjlaw.com; bart@rlaw.com;
june@rjlaw.com

Attorneys for Plaintiff
ETCHEGARAY FARMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LEHR BROTHERS, INC., et al.,<br><br>Defendants. | **CASE NO. 1:17−CV−01449−AWI−JLT**<br>**Consolidated with 1:17-cv-01762-AWI-JLT**<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>(Doc. 27) |
| LEHR BROTHERS, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Defendant. | |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The settlement conference is continued to August 9, 2018 at **1:30 p.m.**;

2. The Confidential Settlement Statement shall be directly submitted to the Magistrate Judge Thurston's chambers by email to JLTOrders@caed.uscourts.gov at least five court days

1

before the Settlement Conference.

IT IS SO ORDERED.

Dated: **July 3, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE