UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LEHR BROTHERS, INC., et al,<br><br>Defendants. | **CASE NO. 1:17−CV−01449−AWI−JLT**<br><br>**ORDER VACATING THE MID-DISCOVERY STATUS CONFERENCE AND EXTENDING THE NON-EXPERT DISCOVERY DEADLINE**<br><br>**(Doc. 29)** |
| LEHR BROTHERS, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Defendant. | |

Based upon the information contained in the joint mid-discovery status conference report (Doc. 29), the Court **ORDERS**:

///

///

1

1. The mid-discovery status conference set on July 17, 2018 is **VACATED**;
2. The non-expert discovery deadline is extended to September 9, 2018.

IT IS SO ORDERED.

Dated: __**July 11, 2018**__            _____**/s/ Jennifer L. Thurston**_____
                                                         UNITED STATES MAGISTRATE JUDGE