IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LEHR BROTHERS, INC., a California corporation d/b/a Big L Packers; CALIFORNIA POTATO SALES, INC., a California corporation; RONALD R. LEHR, SR., an individual; RONALD R. LEHR, SR., as trustee for RONALD R. LEHR STOCK TRUST; RONALD R. LEHR., JR., an individual; LESLIE S. LEHR, an individual,<br><br>Defendants. | **CASE NO. 1:17−CV−01449−AWI−JLT**<br>**Consolidated with 1:17-cv-01762-AWI-JLT**<br><br>**ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 31) |
| LEHR BROTHERS, INC., a California corporation; and CALIFORNIA POTATO SALES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Defendant. | |

1

This Court, having read and considered the Stipulation to Continue Settlement Conference, and good cause appearing, **ORDERS**:

1. The Settlement Conference currently scheduled for August 9, 2018, is continued to August 30, 2018 at 1:30 p.m.;

2. The Confidential Settlement Statement SHALL be lodged by email to JLTOrders@caed.uscourts.gov at least five court days before the Settlement Conference.[1]

IT IS SO ORDERED.

Dated: __**August 3, 2018**__   _____/s/ Jennifer L. Thurston_
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Because the plaintiff has already lodged its statement, no further statement is required unless there is a change of circumstances that would impact the conference.