IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LEHR BROTHERS, INC., a California corporation d/b/a Big L Packers; et al.,<br><br>Defendants. | **CASE NO. 1:17−CV−01449−AWI−JLT**<br>**Consolidated with 1:17-cv-01762-AWI-JLT**<br><br>**ORDER RE JOINT STIPULATION AND REQUEST TO EXTEND SCHEDULING ORDER DATES**<br><br>**(Doc. 33)** |
| LEHR BROTHERS, INC., a California corporation; and CALIFORNIA POTATO SALES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Defendant. | |

This Court, having read and considered the parties' Joint Stipulation and Request to Extend Scheduling Order Dates, and good cause appearing therefor, orders continuance of the following dates:

1

| Event | Current Date | Proposed Continued Date as Stipulated |
|---|---|---|
| **Amended Pleadings** | | |
| Deadline to amend complaints/pleadings | August 15, 2018 [Doc. No. 26] | September 14, 2018 |
| Deadline for parties to respond/answer respective amended complaints | Within 14 days of service of amended complaints [Doc. No. 26] | No change |
| If Lehr Bros. and CPS elect not to timely file an amended complaint, Etchegaray will file an Answer or responsive pleading by | August 22, 2018 [Doc. No. 26] | September 7, 2018 |
| **Discovery Deadlines:** | | |
| Non-Expert discovery cut-off | September 9, 2018 [Doc. No. 30] | October 19, 2018 |
| Expert discovery cut-off | December 11, 2018 [Doc. No. 22] | January 4, 2019 |
| Expert Disclosures | October 24, 2018 [Doc. No. 22] | No change |
| Rebuttal Disclosures | November 26, 2018 [Doc. No. 22] | No change |
| **Motions** | | |
| *Non-Dispositive Motion Deadlines* | | |
| Filing | January 2, 2019 [Doc. No. 22] | February 11, 2019 |
| Last day for hearing | January 30, 2019 [Doc. No. 22] | March 11, 2019 |
| *Dispositive Motion Deadline* | | |
| Filing | September 28, 2018 [Doc. No. 22] | November 16, 2018 |
| Last day for hearing | November 13, 2018 [Doc. No. 22] | January 3, 2019 |
| Meet and Confer re motion for summary judgment or summary adjudication | 21 days before filing [Doc. No. 22] | No change |
| Proposed Statement of Undisputed Facts | 5 days before meet and confer [Doc. No. 22] | No change |
| **Settlement Conference** | | |
| Settlement Conference | August 30, 2018 1:30 p.m. 510 19th Street Bakersfield, CA [Doc. No. 32] | No change |

| Confidential Settlement Conference submission Date | Lodged at least 5 court days before Settlement Conference [Doc. No. 32] | No change |
|---|---|---|
| **Pretrial/Trial** | | |
| Pretrial Conference | March 20, 2019 10:00 a.m. Courtroom 2 [Doc. No. 22] | No change |
| Plaintiff's separate pretrial statement | 14 days before final trial conference [Doc. No. 22] | No change |
| Defendants' separate pretrial statement | 7 days before pretrial conference [Doc. No. 22] | No change |
| Joint Pretrial Statement | 7 days before Pretrial Conference [Doc. No. 22] | No change |
| Trial | May 15, 2019 8:30 a.m. Courtroom 2 Jury Trial: 8 days [Doc. No. 22] | No change |

IT IS SO ORDERED.

Dated: __**August 16, 2018**__   _____/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE