IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LEHR BROTHERS, INC., et al,.<br><br>Defendants. | **CASE NO. 1:17−CV−01449−AWI−JLT**<br>**Consolidated with 1:17-cv-01762-AWI-JLT**<br><br>**ORDER CLOSING THE ACTION**<br>**(Doc. 38)** |
| LEHR BROTHERS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ETCHEGARAY FARMS, LLC, a California limited liability company,<br><br>Defendant. | |

The parties have settled their case and have stipulated to dismiss the entire consolidated action with prejudice, with the parties to bear their own fees and costs. (Doc. 38) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation

1

(Doc. 38), it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: **October 17, 2018**           **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE